UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEEP SINGH, | No. 1:26-cv-01973-DAD-CSK |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al., | (Doc. No. 12) |
| Respondents. | |

On March 30, 2026, petitioner filed a motion for reconsideration of the court's March 16, 2026 order directing respondents to provide petitioner with a bond hearing in light of the purported deficiencies with the bond hearing he received on March 24, 2026.  (Doc. No. 11.) Petitioner requests in that motion for reconsideration that the court grant him immediate release. (*Id.* at 10.)  On April 1, 2026, the court directed respondents to file an opposition brief to the pending motion and to lodge a transcript of the March 24, 2026 bond hearing.  (Doc. No. 12.)  To date, respondents have not filed either document.  Petitioner has now filed a supplemental motion, docketed as an opposition, seeking his immediate release (Doc. No. 13) on the basis that such relief is appropriate due to respondents' failure to comply with this court's orders.

*/////*

*/////*

1

Accordingly, respondents are ORDERED to show cause in writing by April 8, 2026 at 5 p.m. addressing why they have not filed an opposition or lodged a transcript of the March 24, 2026 bond hearing as required by this court's April 1, 2026 order (Doc. No. 12) and why petitioner's motion for an order directing respondents to immediately release him should not be granted under these circumstances.

IT IS SO ORDERED.

Dated:    **April 7, 2026**                              _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2