UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAGDEEP SINGH,

        Petitioner,

    v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY, et al.,

        Respondents.

No. 1:26-cv-01973-DAD-CSK

ORDER DISCHARGING ORDER TO SHOW
CAUSE

(Doc. No. 14)

On April 7, 2026, the court ordered respondents to show cause in writing by 5 p.m. on April 8, 2026 addressing why they had not filed an opposition to petitioner's motion for reconsideration (Doc. No. 11) or lodged a transcript of the March 24, 2026 bond hearing as required by this court's April 1, 2026 order (Doc. No. 12). (Doc. No. 14.) On April 8, 2026, respondents filed a response to the order to show cause and lodged an audio recording of the March 24, 2026 bond hearing. (Doc. Nos. 16, 17.) In that response, respondents' counsel represents that counsel inadvertently missed the new deadline because of illness while also working to meet other deadlines. (Doc. No. 17 at 1–2.) Additionally, respondents informed the court that transcripts of bond hearings typically require five business days for preparation, though in light of the emergency relief at issue in this case the immigration court has agreed to expedite that process. (*Id.* at 2.) Though the court has been able to review the audio recording of the bond

1

hearing, due to the quality of that recording the court has determined that a written transcript would assist in resolving petitioner's motion for reconsideration.

Accordingly, the court DISCHARGES its April 7, 2026 order to show cause and directs respondents to file the transcript of the March 24, 2026 hearing when practicable, but not later than fourteen (14) days from the date of entry of this order.

IT IS SO ORDERED.

Dated: __**April 9, 2026**__

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE